UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 0:19-cv-23124

CLARISSA NAVARRO, individually and on
behalf of all others similarly situated,

    Plaintiff,

v.

GRAGIL ASSOCIATES, INC.,

    Defendant.
_____/

## **DEFENDANT'S ANSWER, AFFIRMATIVE DEFENSES AND JURY DEMAND**

COMES NOW, Defendant, GRAGIL ASSOCIATES, INC., ("Gragril"), by and through its undersigned counsel, and hereby responds to Plaintiff's Class Action Complaint as follows:

### **JURISDICTION AND VENUE**

1. Admitted for jurisdiction purposes only. Otherwise, denied.

2. Defendant is without sufficient knowledge and/or information to determine the veracity of the allegations contained in this paragraph.

### **PARTIES**

3. Admitted Plaintiff is a natural person; otherwise, Defendant is without sufficient knowledge and/or information to determine the veracity of the allegations contained in this paragraph.

4. Admitted.

5. Defendant is without sufficient knowledge and/or information to determine the veracity of the allegations contained in this paragraph.

6. Defendant is without sufficient knowledge and/or information to determine the veracity of the allegations contained in this paragraph.

7. Admitted Plaintiff requests a trial by jury.

## **ALLEGATIONS**

8. Defendant is without sufficient knowledge and/or information to determine the veracity of the allegations contained in this paragraph.

9. Defendant is without sufficient knowledge and/or information to determine the veracity of the allegations contained in this paragraph.

10. Defendant is without sufficient knowledge and/or information to determine the veracity of the allegations contained in this paragraph.

11. Defendant is without sufficient knowledge and/or information to determine the veracity of the allegations contained in this paragraph.

12. Defendant is without sufficient knowledge and/or information to determine the veracity of the allegations contained in this paragraph.

13. Defendant is without sufficient knowledge and/or information to determine the veracity of the allegations contained in this paragraph.

14. Defendant is without sufficient knowledge and/or information to determine the veracity of the allegations contained in this paragraph.

15. Defendant is without sufficient knowledge and/or information to determine the veracity of the allegations contained in this paragraph.

16. Defendant is without sufficient knowledge and/or information to determine the veracity of the allegations contained in this paragraph.

17. Admitted Exhibit "A" speaks for itself; otherwise, Defendant is without sufficient knowledge and/or information to determine the veracity of the allegations contained in this paragraph.

18. Defendant is without sufficient knowledge and/or information to determine the veracity of the allegations contained in this paragraph.

19. Admitted Exhibit "A" speaks for itself; otherwise, Defendant is without sufficient knowledge and/or information to determine the veracity of the allegations contained in this paragraph.

20. Admitted Exhibit "A" speaks for itself; otherwise, Defendant is without sufficient knowledge and/or information to determine the veracity of the allegations contained in this paragraph.

21. Defendant is without sufficient knowledge and/or information to determine the veracity of the allegations contained in this paragraph.

22. Defendant is without sufficient knowledge and/or information to determine the veracity of the allegations contained in this paragraph.

23. Defendant is without sufficient knowledge and/or information to determine the veracity of the allegations contained in this paragraph.

24. Defendant is without sufficient knowledge and/or information to determine the veracity of the allegations contained in this paragraph.

25. Defendant is without sufficient knowledge and/or information to determine the veracity of the allegations contained in this paragraph.

## **CLASS ALLEGATIONS**

26. Admitted Plaintiff attempts to bring two classes; denied he is entitled to such relief.

27. Admitted Plaintiff will attempt to bring a FDCPA class as defined in this paragraph of Plaintiff; denied Plaintiff is entitled to such relief.

28. Admitted Plaintiff will attempt to bring a FCCPA class as defined in this paragraph of Plaintiff; denied Plaintiff is entitled to such relief.

29. Denied.

30. Denied.

31. Denied.

32. Denied.

33. Denied.

34. Denied.

35. Denied.

36. Defendant is without sufficient knowledge and/or information to determine the veracity of the allegations contained in this paragraph.

37. Defendant is without sufficient knowledge and/or information to determine the veracity of the allegations contained in this paragraph.

38. Denied.

39. Denied.

40. Defendant is without sufficient knowledge and/or information to determine the veracity of the allegations contained in this paragraph.

41. Denied.

42. Denied.

43. Denied.

## **COUNT I**

44. Defendants re-assert the responses to paragraphs 1 through 43 as if fully set forth herein.

45. Denied.

46. Denied.

47. Denied.

48. Denied.

49. Denied.

50. Denied.

## **COUNT II**

51. Defendants re-assert the responses to paragraphs 1 through 43 as if fully set forth herein.

52. Denied.

53. Denied.

54. Denied.

55. Denied.

56. Denied.

57. Denied.

58. Denied.

59. Denied.

60. Denied.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Defendant asserts, without admitting any liability whatsoever, that Plaintiff lacks standing as he has suffered no injury-in-fact as the result of any act or omission by Defendant.

### SECOND AFFIRMATIVE DEFENSES

Defendant asserts, without admitting any liability whatsoever, that any violation of federal or state law was unintentional and the result of a bona fide error, notwithstanding reasonable procedures in place to prevent such errors.

### THIRD AFFIRMATIVE DEFENSES

Defendants assert, without admitting any liability whatsoever, that Plaintiff's claims are barred in whole or in part by the applicable statute(s) of limitations found under the FDCPA and/or FCCPA.

### JURY DEMAND

Defendant hereby demands a trial by jury on all issues so triable.

WHEREFORE, Defendant, respectfully requests this Court to DISMISS Plaintiff's claims with prejudice and for any such other relief as this court deems just and proper.

Respectfully submitted by:

/s/ Charles J. McHale
DALE T. GOLDEN, ESQ.
Florida Bar No.: 0094080
CHARLES J. MCHALE, ESQ.
Florida Bar No.: 0026555
**GOLDEN SCAZ GAGAIN, PLLC**
201 North Armenia Avenue
Tampa, Florida 33609-2303
Phone: (813) 251-5500
Fax: (813) 251-3675
dgolden@gsgfirm.com
cmchale@gsgfirm.com